```
C-13-11a
(Rev. 11/09)
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

```
In Re:                                )
                                      )
Wilson, Bryan E.        xxx-xx-8568   )
Wilson, Melodee B.      xxx-xx-8783   )   Case No:   15-10144 C-13G
5405 Friendship Patterson Mill Road   )
Burlington, NC 27215                  )
                                      )
                Debtors.              )
```

NOTICE OF PROPOSED PLAN AND ORDER CONFIRMING PLAN
AND TIME FOR FILING OBJECTION THERETO

    1. A summary of the plan proposed by the Debtors is set forth in the attached copy of a proposed Order Confirming Plan in this case.

    2. The plan will be confirmed after the time period for filing objections has expired unless a timely objection is filed or a hearing is ordered by the Court. There will be no hearing on confirmation unless a timely objection is filed or a hearing is ordered.

    3. Written, detailed objections must be <u>filed</u> within 28 days of the date of this notice with the Clerk of Court, U.S. Bankruptcy Court, P.O. Box 26100, Greensboro, NC, 27420-6100, with copies served on (1) Anita Jo Kinlaw Troxler, Standing Trustee, P.O. Box 1720, Greensboro, NC 27402-1720; (2) the attorney for the Debtors; and (3) the Debtors. If the objecting party is a corporation, the objection must be filed by legal counsel admitted to practice in this District.

    4. In the event a timely objection is filed or a hearing is ordered, a hearing on the objection to confirmation and on confirmation of the proposed plan will be held on <u>May 19, 2015</u>, at 2:00 p.m. in Courtroom #2, Second Floor, 101 South Edgeworth Street, Greensboro, NC. The party objecting must appear at the hearing if the objection is to be pursued.

    5. The Debtors and the attorney for the Debtors are required to appear at any hearing on confirmation.

    6. There will be no further mailing of the Order Confirming Plan to affected parties unless there is a change in the attached proposed Order Confirming Plan.

    DATE: April 15, 2015            Office of the Clerk
                                                           Reid Wilcox, Clerk

```
C-13-7a
(Rev. 01/12)
```
                    **UNITED STATES BANKRUPTCY COURT**
                    **MIDDLE DISTRICT OF NORTH CAROLINA**


In Re:                                          )    **ORDER CONFIRMING PLAN**
                                                )           **CHAPTER 13**
                                                )
Wilson, Bryan E.         xxx-xx-8568            )
Wilson, Melodee B.       xxx-xx-8783            )    Case  No:   15-10144 C-13G
5405 Friendship Patterson Mill Road             )
Burlington, NC 27215                            )
                                                )
                                                )
                        Debtors.                )

    This case came before the Court, after notice and opportunity for hearing, for confirmation of the Chapter 13 plan proposed in this case; and IT APPEARING to the Court as follows:

**I.**    The Trustee in this case is Anita Jo Kinlaw Troxler, Standing Trustee, Anita Jo Kinlaw Troxler, 500 West Friendly Avenue, Suite 200, P.O. Box 1720, Greensboro, NC 27402-1720;

**II.**    The attorney for the Debtors is J. Marshall Shelton;

**III.**    Under the final plan (the "Plan") as proposed:

    **A.**    **Plan Payments**

        1.    The Debtor are to make monthly payments to the Trustee which are to be disbursed by the Trustee in accordance with the Plan and this Order;

        2.    The monthly plan payment to the Trustee is $2,723.00 beginning March 14, 2015, increasing to $3,030.00 effective May 2015;

    **B.**    **Administrative Costs**

        **1.**    **Attorney Fees.** The Attorney for the Debtors is allowed the base fee of $3,700.00. The Attorney has received no fee from the Debtors pre-petition and the remainder of the base fee will be paid by the Trustee as funds are available.

2. **Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses.

C. **Priority Claims**

Any timely filed claims entitled to priority under 11 U.S.C. §507, on behalf of the entities listed below, will be paid in full in deferred cash payments unless otherwise indicated.

1. Internal Revenue Service
2. N C Department of Revenue
3. Alamance County Tax

D. **Secured Claims**

1. Long-term Debts – To be paid directly by Debtor(s).

| Creditor & Property | Claim Filed (Y/N) | Regular Payment |
|---|---|---|
| **ALAMANCE COUNTY TAX** 5405 Friendship Patterson Mill Road Burlington, NC | N | Real property taxes 2015 forward - escrowed |

2. Long-term Debts – To be paid by Trustee.

| Creditor & Property | Claim Filed (Y/N) | Monthly Payment | Monthly Payment to Begin | Arrears Through | Arrears Amount | Monthly Payment on arrears |
|---|---|---|---|---|---|---|
| **AMERICA'S SERVICING CO.** 5405 Friendship Patterson Mill Road Burlington, NC | N | $1,410.68 w/escrow for tax & ins. | 6/2015 | 5/2015 | $31,410.68 | $400.00 inc. to all funds 6/2016 |

3. Secured Claims To Be Paid In Full - Real Property

| Creditor & Property | Claim Filed (Y/N) | Amount of claim | Monthly Payment | Interest Rate |
|---|---|---|---|---|
| **AMERICA NAT'L BANK & TRUST CO.** (non-residential real property: 6.85 acres of land located at Sylvan School Road, Snow Camp, NC; and, building located at 327 Drama Road, Snow Camp, NC | N | | $750.00 | 5.25% |
| **ALAMANCE COUNTY TAX ADMIN.** (non-residential real property: 6.85 acres of land located at Sylvan School Road, Snow Camp, NC; and, building located at 327 Drama Road, Snow Camp, NC | Y | $4,997.78 | $115.00 | 9% |

**4. Partially Secured Claims - Real Property and Personal Property**

*Any objection to value is required to be filed as a formal objection to valuation not later than 60 days from the date of the entry of this Order.*

| Creditor & Property | Claim Filed (Y/N) | Claim Amount | Secured Amount and Value | Monthly Payment | Interest Rate | AP Payment |
|---|---|---|---|---|---|---|
| **SPRINGLEAF FINANCIAL SERVICES (furniture)** | Y | $4,967.61 | $1,000.00 | $20.00 | 5.25% | |

E. **General Unsecured Claims Not Separately Classified.**

General unsecured claims not separately classified will be paid as funds become available after payment of costs of administration. The estimated dividend to general unsecured claims is 0%.

F. **Executory Contracts/Leases**

1. Assumed and paid directly by the Debtor(s).

| Creditor | Property | Monthly payment |
|---|---|---|
| **SNOW CAMP HOSTORICAL DRAMA SOCIETY** | Land lease | $500.00 |

G. **THIS PLAN WILL CONTAIN TWO CLASSES OF UNSECURED CLAIMS WITH CLASS A CLAIMS BEING ANY TIMELY FILED CLAIMS DOCUMENTING LIABILITY OF THE MALE DEBTOR INDIVIDUALLY OR JOINTLY AND CLASS B CLAIMS BEING ANY TIMELY FILED UNSECURED CLAIMS DOCUMENTING LIABILITY OF THE FEMALE DEBTOR INDIVIDUALLY OR JOINTLY. THE AMOUNT TO BE DISBURSED TO CLASS A CLAIMS IS THE AMOUNT REMAINING OF THE LIQUIDATION VALUE OF THE ESTATE OF $535.00 AFTER PAYMENT OF UNSECURED PRIORITY CLAIM DEBT IN THE CASE.**

H. The Debtors will pay THE GREATER OF the amount necessary to pay all costs of administration, secured and priority claims in full with the exception of continuing long term secured debt claims OR 60 monthly plan payments OR the amount sufficient to pay all allowed secured claims as scheduled for payment through the disbursements by the Trustee, plus administrative costs, plus $535.00 toward unsecured priority claim debt with any remaining after payment in full of the unsecured priority claim debt to be disbursed to Class A unsecured non-priority claims due to liquidation value with the Plan to be reviewed in six (6) months and periodically thereafter for plan payment adjustments;

I. The terms and provisions of the Standing Order dated March 18, 2015, are incorporated in this Order and are available on the Court's website at **www.ncmb.uscourts.gov.**

J. **IT FURTHER APPEARING** to the Court that the Plan complies with the requirements of 11 U.S.C. §1325; therefore, it is

**ORDERED** that the Plan is confirmed.

END OF DOCUMENT